UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>CARLYLE PHILLIP</u>,
         Petitioner,

v().

<u>I.N.S.</u>,
         Respondent.

CIVIL ACTION

NO. 04-11896-MLW

O R D E R

<u>WOLF, D. J.</u>

      On August 30, 2004, petitioner Carlyle Phillip, an immigration detainee currently confined at Bristol County Jail and House of Correction, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, but did not submit the $5 filing fee or an application to waive the filing fee.

      ACCORDINGLY,

      (1) Petitioner is directed to either pay the $5 filing fee or submit an application to proceed without prepayment of fees within 28 days of receiving this order or this petition will be dismissed without prejudice;

      (2) The Clerk shall correct the case caption to reflect that the only respondent to this action is Thomas M. Hodgson, Sheriff of Bristol County. A writ of habeas corpus must be "directed to the person having custody of the person detained." 28 U.S.C. § 2243. Petitioner's legal custodian is the sheriff of Bristol County, the individual having day-to-day control over the facility in which petitioner is being detained. <u>Vasquez v. Reno</u>, 233 F.3d 688, 694 (1st Cir. 2000), <u>cert. denied</u>, <u>sub nom.</u> <u>Vasquez v. Ashcroft</u>, 122 S. Ct. 43 (2001); <u>see</u> Mass. Gen. Laws ch. 126 § 16 (sheriff shall have custody and control of the jails in his county.. . .and shall be responsible for them);

      (3) The Clerk of this Court shall serve a copy of the Petition, by certified mail, upon (i) Sheriff Thomas M. Hodgson, Bristol County Jail and House of Correction, 226 Ash

Street, New Bedford, MA 02740; (ii) the United States Attorney; AND (iii) Frank Crowley, Department of Homeland Security, Special Assistant United States Attorney, P.O. Box 8728, JFK Station, Boston, MA 02114;

    (4) The Clerk shall send petitioner a copy of the application to proceed without prepayment of fees;

    (5) The Respondent shall, within 28 days of receipt of this Order, file an answer or other responsive pleading; AND

    (6) The Respondent shall provide the Court with at least 48 hours advance notice of any scheduled deportation or removal of petitioner.

SO ORDERED.

| | |
|---|---|
| <u>9/1/04</u><br>Date | <u>s/ Mark L. Wolf</u><br>United States District Judge |

(2241servINS.wpd - 09/00)      [2241serv.]