UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CARLYLE PHILLIP,                    )
                                    )
        Petitioner                  )
                                    )
    v.                              )        Civil Action No.
                                    )        04cv11896-MLW
THOMAS M. HODGSON, SHERIFF,         )
                                    )
                                    )
        Respondent[1]               )


MOTION TO DISMISS

Respondent moves to dismiss this action pursuant to Fed. R.

Civ. P. rules 12(b)(1) and (6) for lack of subject matter

jurisdiction and for failure to state a claim upon which relief

may be granted.

                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                    By:  s/Frank Crowley
                         FRANK CROWLEY
                         Special Assistant U.S. Attorney
                         Department of Homeland Security
                         P.O. Box 8728
                         J.F.K. Station
                         Boston, MA 02114
                         (617) 565-2415

---

[1] The responsive official of the Department of Homeland Security
responsible for enforcement of petitioner's removal order in the
instant action is Bruce Chadbourne, Field Office Director for
Detention and Removal, Department of Homeland Security, Bureau of
Immigration and Customs Enforcement ("ICE") in Boston,
Massachusetts.

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on September 10, 2004.

s/Frank Crowley
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114
