## COMMONWEALTH OF MASSACHUSETTS

**HAMPDEN, SS**  **SUPERIOR COURT**
**INDICTMENT NO: 01 882 -1**

## COMMONWEALTH

## VS.

## CARLYLE PHILLIP

---

### INDICTMENT
### INDECENT ASSAULT & BATTERY - CHILD UNDER 14
### GENERAL LAWS CHAPTER 265, SECTION 13B

---

At the Superior Court, begun and holden at SPRINGFIELD, within and for the COUNTY of HAMPDEN, on the first Tuesday of November 2001. The GRAND JURORS for the Commonwealth of Massachusetts on their oath present that:

### CARLYLE PHILLIP

defendant herein, of SPRINGFIELD in the COUNTY of HAMPDEN, on or before August 18, 2001, at Springfield in the COUNTY of HAMPDEN, did indecently assault and beat (E.R.) a person whose name is otherwise known to the Grand Jurors, a child under the age of fourteen years.

_____   **A TRUE BILL**   _____
Foreman of the Grand Jury                     Ass't District Attorney

================================================================
**RETURN**

HAMPDEN, ss  On this 15th day of November 2001, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.

                                                    A true copy:
ATTEST: _____   Assistant Clerk
                                                    Attest:
                                                    _____
                                                    Michael Sti..cca
                                                    Deputy Assistant Clerk

Hampden Division
Superior Court Department
Marie G. Mazza
Clerk/Magistrate

Case no. 01-892-1

## CLERK'S LOG

**COMMONWEALTH   v.**

_____C Maza_____
Assistant District Attorney

_____CARLYLE PHILLIP_____

_____G Nassar_____
Attorney for the Defendant

| Date | Judge | Procedure | Clerk | Ct. Reporter |
|---|---|---|---|---|
| 11/27/01 | Page, J | Atty T. Nassar appt'd R 53 WFR/PNG Date of PTC: 12/11/01 Bail: $25,000.00 cash w/o prej - Not. of jail to appear. | Marquis | Freer |
| 12-11-01 | Ford, J | MF 12/27/01, MH 1/8/02, EMF 2/14/02 EMH 2/28/02, CTS 4/4/02 and Trial 4/16/02 | T. Linley | T. Donellon |
| 1-8-2002 | Page, J. | MH cont'd to 1-24-2002 | L. Gentile | J. Freer |
| 1/24/02 | Page J | No mo's Cont'd 2/28/02 for EV Hrg | Gentile | Cayode |
| 2-28-02 | Curley J | 4-4-02 CTS | Chernoch | Malone |
| 4.4.02 | Wernick, J | Cont'd 4.8.02 for CTS | Moore | Gates |
| 4-8-02 | Wernick, J | Cont'd to 4/16/02 for (T) | Roscoe | Gates |
| 4.9.02 | — | Per DA's office. Dispo - 4.10.02 | M. Lefebvre | office |
| 4.10.02 | Wernick | Cont'd 4.16.02 (T) | Moore | Gates |
| 4-16-02 | Wernick, J | held for trial until 4/18/02 | Roscoe | Flaherty |
| 4.18.02 | Wernick | Comm's motion to cont'd allowed; (T) 5.7.02 | Moore | Flaherty |
| 5.7.02 | Velis J | Cont 5-8-02 trial at 11 a.m | Chernoch | Cayode |
| 5-8-02 | Velis J | Cont 5-9-02 trial and or disposition | Chernoch | Cayode |

Hampden Division
Superior Court Department
Marie G. Mazza
Clerk/Magistrate

Case No. 01-882-1

PAGE 2
CLERK'S LOG

COMMONWEALTH v.

Carlyle Phillip

C. Mazd
G. Nassar

| Date | Judge | Procedure | Clerk | Ct. Reporter |
|---|---|---|---|---|
| 5-9-02 | Velis J | Def. retracts and pleads guilty Court accepts plea. SENTENCE: Not less than two years and not more than three years at MCI-Cedar Junction with credit 236 days by agreement. V/W fee – WAIVED – hardship Motion for Lifetime Community Parole ALLOWED SDP warning given DNA, Ch 22E, Sec. 3 Sex Offender notification issued | Claffey | Cayode |
| | | A true copy: Attest: Michael St. Heces Deputy Assistant Clerk | | |