Philip, Carlyle
A39-673-689
26 Long Pond Road E 3
Plymouth County Correctional Facility
Plymouth MA 02360

Wednesday, December 9, 2004

United States District Court
Office of the Clerk
John Joseph Moakley Court house
1 Courthouse way, suite 2300
Boston MA 02201

Civil Action Number: 04-11896-MLW

Dear sir/ma:

Please note that my mailing address has changed: See Letterhead above.

I am no longer in the custody of the Bristol Sheriff Department; I am now being detained in the custody of the Plymouth Sheriff Department at 26 Long Pond Road Plymouth MA. 02360. On August 26 2004, I filed a petition for writ of habeas corpus against false imprisonment under illegal federal processes, on November 15th, 2004 I filed a motion asking the Court to Appoint Counsel I am now waiting the outcome.

Respectfully submitted,
Carlyle Philip