UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CARLYLE PHILLIP,                    )
                                    )
          Petitioner                )
                                    )
     v.                             )     Civil Action No.
                                    )     04cv11896-MLW
THOMAS M. HODGSON, SHERIFF,         )
                                    )
                                    )
          Respondent[1]             )


<u>WITHDRAWAL OF APPEARANCE</u>

The undersigned attorney hereby withdraws his appearance in this case, and a successive attorney will shortly file with the Court his/her appearance on behalf of respondent in this case.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

          By:  <u>s/Frank Crowley</u>
                    FRANK CROWLEY
                    Special Assistant U.S. Attorney
                    Department of Homeland Security
                    P.O. Box 8728
                    J.F.K. Station
                    Boston, MA 02114
                    (617) 565-2415

---

[1] The responsive official of the Department of Homeland Security responsible for enforcement of petitioner's removal order in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

## CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on September 20, 2005, at petitioner's most recently provided United States address outside of confinement:

Carlyle Phillip
c/o Kelvin Quamina
280 Malden Street
Springfield, MA  01108


s/Frank Crowley
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114