UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARLYLE PHILLIP, | ) |
| | ) |
|     Petitioner, | ) |
| | ) Civil Action No. 04-11896-MLW |
|   v. | ) |
| | ) |
| IMMIGRATION AND NATURALIZATION SERVICE, | ) ) |
| | ) |
|     Respondent. | ) |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the undersigned as counsel for the Respondent.[1]

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                    By:   /s/ George B. Henderson, II
                           George B. Henderson, II
                           Assistant U.S. Attorney
                           John Joseph Moakley U.S. Courthouse
                           1 Courthouse Way, Suite 9200
                           Boston, MA 02210
Dated: September 20, 2005        (617) 748-3272

---

    [1] Effective March 1, 2003, the Immigration and Naturalization Service was "abolished" by section 471 of the Homeland Security Act of 2002, Pub. L. 107-296, tit. IV, subtits. D, E, F, 116 Stat. 2135, 2192 (Nov. 25, 2002). Most of the interior enforcement functions of the former INS were transferred to the Department of Homeland Security ("DHS"), Directorate of Border and Transportation Security, Bureau of Immigration and Customs Enforcement. The official of the Department of Homeland Security responsible for enforcement of Petitioner's removal order in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts. The official with custody of Petitioner prior to his removal was Thomas M. Hodgson, Sheriff.

CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on September 20, 2005, at petitioner's most recently provided United States address outside of confinement:

Carlyle Phillip
c/o Kelvin Quamina
280 Malden Street
Springfield, MA  01108

                                   /s/ George B. Henderson, II
                                   George B. Henderson, II
                                   Assistant U.S. Attorney