```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

CARLYLE PHILLIP,              )
    Petitioner,               )
                            )    C.A. No. 04-11896-MLW
        v.                    )
                            )
IMMIGRATION AND               )
NATURALIZATION SERVICE,       )
    Respondent.               )

## ORDER

WOLF, D.J.                                      September 29, 2005

It is hereby ORDERED that:

1. A hearing on Respondent's Motion to Reconsider shall be held on October 5, 2005, at 3:30 p.m.

2. The court will at that hearing establish a new date for the government's response to the September 16, 2005 order or any revision of it.

```
                                /s/ MARK L. WOLF
                                UNITED STATES DISTRICT JUDGE
```