```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

CARLYLE PHILLIP,            )
     Petitioner,            )
                            )    C.A. No. 04-11896-MLW
        v.                  )
                            )
IMMIGRATION AND             )
NATURALIZATION SERVICE,     )
     Respondent.            )
                                 ORDER
```

WOLF, D.J.                                        October 5, 2005

It is hereby ORDERED that the Respondent shall file forthwith the response to Judge Michael Ponsor's May 1, 2003 Order in <u>Gordon v. Ashcroft</u>, C.A. No. 02-31099-MAP.


                                    /s/ MARK L. WOLF
                                    UNITED STATES DISTRICT JUDGE