UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARLYLE PHILLIP,              ) | |
|                                ) Civil Action No. 04-11896-MLW | |
|         Petitioner,     ) | |
| v.                                         ) | |
| IMMIGRATION AND NATURALIZATION    ) | |
| SERVICE,                             ) | |
|         Respondent.   ) | |

GOVERNMENT'S RESPONSE TO ORDER DATED OCTOBER 5, 2005

In response to this Court's Order dated October 5, 2005, the government submits herewith a copy of the Respondent's Memorandum In Response To Order Dated May 1, 2003, in Gordon v. Ashcroft, Civil Action No. 02cv30199-MAP.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ George B. Henderson, II
      George B. Henderson, II
      Assistant U.S. Attorney

      John Joseph Moakley U.S. Courthouse
      1 Courthouse Way, Suite 9200
      Boston, MA 02210
Dated: October 5, 2005      (617) 748-3272

CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on October 5, 2005, at petitioner's most recently provided United States address outside of confinement, Carlyle Phillip, c/o Kelvin Quamina, 280 Malden Street, Springfield, MA 01108

                                              /s/ George B. Henderson, II
                                            George B. Henderson, II