UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.    CA04-11896

Carlyle Phillip                                    Immigration & Narturalization Services
        PLAINTIFF                                          DEFENDANT

_____          G. Bunker Henderson_____

_____          _____

_____          _____

    COUNSEL FOR PLAINTIFF                    COUNSEL FOR DEFENDANT

JUDGE___Wolf_____          CLERK___O'Leary_____          REPORTER___Twomey___

CLERK'S NOTES

| DATES: | Motion Hearing |
|--------|----------------|
| 10/5/05 | Court takes up the government's motion to reconsider and to transfer to the Court of Appeals. |
| | Court denies the government's motion to revise the court's order dated 9/16/05.  Court orders the government to respond to the order by 10/20/2005. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |