```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

CARLYLE PHILLIP,              )
     Petitioner,              )
                              )
          v.                  )    C.A. No. 04-11896-MLW
                              )
IMMIGRATION AND               )
NATURALIZATION SERVICE,       )
     Respondent.              )
```

ORDER

WOLF, D.J.                                    October 5, 2005

For the reasons described in detail in court on October 5, 2005, it is hereby ORDERED that:

1.  The Respondent's Motion to Reconsider Order Dated September 16, 2005 (Docket No. 16) is DENIED.

2. The Respondent shall, by October 20, 2005, respond to the September 16, 2005 Order.

```
                              /s/ MARK L. WOLF
                              UNITED STATES DISTRICT JUDGE
```

1